**Opinion issued August 7, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00499-CV

————————————

**ROBERTO ROJAS, Appellant**

**V.**

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**
**Appellee**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1143116**

---

## MEMORANDUM OPINION

Appellant is attempting to appeal from the trial court's June 23, 2025 order setting a post-judgment show cause hearing. On July 15, 2025, the Court issued a notice advising appellant that the appeal might be dismissed for want of jurisdiction. In response, appellant filed a motion to dismiss the appeal. Because the motion

contained no certificate of conference, the Court held the motion for 10 days to permit appellee to respond. No response was filed.

Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1); 43.2(f). Any other pending motions will be dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.